# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17cv83

| | |
|---|---|
| CHEROKEE CENTRAL SCHOOLS, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| FIELDTURF USA, INC., et al., ) ) | |
| Defendants. ) ) | |

Pending before the Court is the Unopposed Motion to Stay [# 10]. Upon a review of the record, and for the reasons set forth in the Motion to Stay, the Court **GRANTS** the motion [# 10]. The Court **STAYS** these proceedings until a determination by the Judicial Panel on Multidistrict Litigation of a pending motion to transfer and consolidate this and related actions. Either party may move to lift the stay upon a ruling by the Judicial Panel on Multidistrict Litigation.

Signed: April 27, 2017

Dennis L. Howell
United States Magistrate Judge